No. 410.   Pacific Westbound Conference et al. v. Leval & Co., Inc.   Supreme Court of Oregon.   Certiorari denied.   *Joseph J. Geary, Allan E. Charles* and *Tom Killefer* for petitioners.   *Donald A. Schafer* for respondent.

No. 419.   Barber et al. v. United States.   C. A. 8th Cir.   Certiorari denied.   *Josiah E. Brill* for petitioners. *Solicitor General Soboloff, Assistant Attorney General Holland, Ellis N. Slack, Robert N. Anderson* and *Louise Foster* for the United States.

No. 421.   Chapman, doing business as Carl Chapman Fruit Co., v. Mitchell, Secretary of Labor. C. A. 5th Cir.   Certiorari denied.   *Claude L. Gray* and *J. Hardin Peterson, Sr.* for petitioner.   *Solicitor General Soboloff, Bessie Margolin* and *Joseph M. Stone* for respondent.

No. 422.   Fort Mason Fruit Co. v. Mitchell, Secretary of Labor.   C. A. 5th Cir.   Certiorari denied. *Claude L. Gray* and *J. Hardin Peterson, Sr.* for petitioner. *Solicitor General Soboloff, Bessie Margolin* and *Joseph M. Stone* for respondent.

No. 424.   Edwards et al. v. Barkhausen et al., doing business as Doubleby Co., et al.   Supreme Court of Illinois.   Certiorari denied.   *Irving Goodman* for petitioners.   *Max Swiren, Ben W. Heineman* and *Joseph D. Block* for Barkhausen et al., respondents.

No. 87.   Van Hoff et al. v. Redevelopment Agency of the City and County of San Francisco et al. District Court of Appeal of California, First Appellate District.   Certiorari denied.   The Chief Justice took